MICHAEL P. DACQUISTO, ESQ.
State Bar Number 84894
1901 Court Street
Redding, California 96001

Telephone: (530) 244-6007
Fax: (530) 244-0907
Email: mdacquisto@charter.net

Attorney for John Reger Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | NO. 11-31467-B-7 |
| PRIVATE INDUSTRY COUNCIL OF BUTTE COUNTY | DCN: MPD-8 |
| | Date: June 28, 2011 |
| Debtor / | Time: 9:32 a.m. |
| | Place: Courtroom 32, Dept B<br>501 I Street, 6th Floor<br>Sacramento, CA 95814 |

EXHIBITS IN SUPPORT OF TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL

BANKRUPTCY ESTATE ASSETS TO BUTTE COUNTY

Exhibit A: List of Property at PIC Administrative Offices, including the server room, from the Debtor's Schedules, 17 pages;

Exhibit B: Letter from Butte County dated May 31, 2011 with Offer to Purchase Property 1 page.

Date: June 7, 2011

/s/ Michael P. Dacquisto
MICHAEL P. DACQUISTO,
Attorney for Chapter 7 Trustee
JOHN REGER

| | | | |
|---|---|---|---|
| **P.I.C. ADMINISTRATION OFFICE, 202 Mira Loma Dr., Oroville** | | | |
| **Outside Jeanne's Office:** | | | |
| Computer Monitor | 3 | $139.00 | $417.00 |
| HP Laserjet Printer 4250 | 2 | $1,000.00 | $2,000.00 |
| Sony DVD Player | 1 | $131.00 | $131.00 |
| Asst. Computer Cables | 1 | $100.00 | $100.00 |
| Pro 1000 Tripod | 1 | $93.00 | $93.00 |
| Keyboard | 2 | $50.00 | $100.00 |
| Mouse | 1 | $12.00 | $12.00 |
| Nikon Camera in Vanguard Case | 1 | $555.00 | $555.00 |
| Kodak Digital Camera in Case | 1 | $299.00 | $299.00 |
| Kodak Camera in Case | 1 | $299.00 | $299.00 |
| AFGA Camera in Case | 1 | $50.00 | $50.00 |
| Gemini Headphones, new | 1 | $10.00 | $10.00 |
| AC/DC Router | 1 | $20.00 | $20.00 |
| Zickos Video Camera | 1 | $30.00 | $30.00 |
| HP Computer | 2 | $540.00 | $1,080.00 |
| Sony Video Camera in Hard Case (Vanguard) | 1 | $266.00 | $266.00 |
| Tacklebox with misc. electrical components | 1 | $100.00 | $100.00 |
| HP Laptop 530 | 1 | $540.00 | $540.00 |
| Laptop Briefcase | 1 | $47.00 | $47.00 |
| **Storage Room - PIC Admin:** | | | |
| Dickies Scotch Guard Pants | 3 | $30.00 | $90.00 |
| One Stop Dickies Shirts | 2 | $21.00 | $42.00 |
| American Flag | 3 | $9.00 | $27.00 |
| Anvil Shirts, small | 6 | $8.00 | $48.00 |
| Anvil Shirts, medium | 1 | $8.00 | $8.00 |
| Anvil Shirts, large | 2 | $8.00 | $16.00 |
| Anvil Shirts, XL | 5 | $8.00 | $40.00 |
| PIC Construction Shirts | 9 | $21.00 | $189.00 |
| Hard Hat | 10 | $12.00 | $120.00 |
| Register Tape | 2 | $6.00 | $12.00 |
| Headphones | 3 | $10.00 | $30.00 |
| 12 ft. Audio Ext. cable male to female | 14 | $5.00 | $70.00 |
| Copy Paper, letter, case | 5 | $53.24 | $266.20 |
| Printer Rolls, case | 3 | $40.00 | $120.00 |
| Telephones, one box | 1 | $108.00 | $108.00 |
| Wire rack on wheels | 1 | $30.00 | $30.00 |
| Sharp Alarm Clocks | 4 | $15.00 | $60.00 |

| Item | Qty | Unit Price | Total |
|---|---|---|---|
| 5 shelf rack, gray | 6 | $80.00 | $480.00 |
| Mina Dress Shirt, size 10 | 15 | $29.99 | $449.85 |
| Black rack on wheels, small | 1 | $30.00 | $30.00 |
| Leslie Jordan shirts, box | 20 | $8.00 | $160.00 |
| Palo Alto Software and books, one box | 1 | $130.00 | $130.00 |
| ASP.net 3.5 books | 4 | $25.00 | $100.00 |
| Allsteel keyboard holder | 1 | $47.00 | $47.00 |
| Statute of Liberty picture | 1 | $15.00 | $15.00 |
| Picture Frame | 1 | $15.00 | $15.00 |
| Black & White Pictures in Frames | 2 | $10.00 | $20.00 |
| SS Shelving | 4 | $98.00 | $392.00 |
| Solidex Tripod | 1 | $30.00 | $30.00 |
| Easel Pads | 2 | $12.00 | $24.00 |
| Hypercom Transaction Platform | 1 | $200.00 | $200.00 |
| PC/Printer Vacuum 110 volt | 1 | $30.00 | $30.00 |
| PDF Converter for microsoft word | 1 | $49.00 | $49.00 |
| Jetline Pull Line 190# tensile strength, box | 1 | $30.00 | $30.00 |
| Kensington Typing Clipboard | 1 | $15.00 | $15.00 |
| Uniden Phone | 1 | $72.00 | $72.00 |
| Large Wind Chaser Fan | 1 | $99.00 | $99.00 |
| Poster board with old Oroville Flour Mill | 1 | $75.00 | $75.00 |
| Pistol Cleaning Kit | 1 | $39.00 | $39.00 |
| Butte Police Academy Shirt | 6 | $25.00 | $150.00 |
| Easel | 1 | $63.00 | $63.00 |
| Keyboard Drawer | 2 | $45.00 | $90.00 |
| Under Cabinet Lights | 2 | $24.00 | $48.00 |
| Door Edge Molding for trucks | 1 | $25.00 | $25.00 |
| Hollywood Tripod | 1 | $247.00 | $247.00 |
| HP Compaq Tower | 2 | $488.00 | $976.00 |
| Hypercom S9 Series Pin Pad | 1 | $33.00 | $33.00 |
| Hypercom Transaction Platform with Pin Pad | 1 | $315.00 | $315.00 |
| Adobe Graphic Studio Software | 1 | $62.00 | $62.00 |
| Microtek Scanwizard Pro users Guide | 1 | $25.00 | $25.00 |
| HP Photo Paper, 1 box | 1 | $8.00 | $8.00 |
| 6 cm Film Holder | 1 | $50.00 | $50.00 |
| 35 mm Strip Holder | 1 | $54.00 | $54.00 |
| 4" x 5" Film Holder | 1 | $35.00 | $35.00 |
| Glass Holder | 1 | $25.00 | $25.00 |
| 4 channel Stereo Microphone Mixer | 1 | $268.00 | $268.00 |
| Adobe Premiere 6.5 Software | 1 | $795.00 | $795.00 |

| Item | Qty | Unit Price | Total |
|---|---|---|---|
| Film Holder, 1 pkg. | 1 | $200.00 | $200.00 |
| Kodak Picture Kit | 1 | $18.00 | $18.00 |
| Clear Window Decals, pkg. | 1 | $10.00 | $10.00 |
| VHS Head Cleaner | 1 | $4.00 | $4.00 |
| HP rochure and Flyer Paper | 1 | $18.00 | $18.00 |
| Matte Half Fold Greeting Card paper | 1 | $16.00 | $16.00 |
| Blank DVD-R CDs | 1 | $17.00 | $17.00 |
| Audio CassetteTape Eraser | 1 | $53.00 | $53.00 |
| Misc. Software | 1 | $50.00 | $50.00 |
| HP Inkjet Print Cartridges | 4 | $24.00 | $96.00 |
| GE Business Telephone | 1 | $83.00 | $83.00 |
| Portable Solid State Recorder w/Mic | 1 | $379.49 | $379.49 |
| Powercube Speaker System | 1 | $200.00 | $200.00 |
| JCR Systems Register Printer | 1 | $50.00 | $50.00 |
| Dell Computer Speakers, set | 1 | $17.00 | $17.00 |
| Panasonic Telephones | 2 | $100.00 | $200.00 |
| Dell Keyboard | 1 | $42.00 | $42.00 |
| USB to IEEE 1284 printer cables | 3 | $9.00 | $27.00 |
| USB Adapter | 1 | $5.00 | $5.00 |
| Mouse Pad | 3 | $5.00 | $15.00 |
| Velocity 75 ft. RCA Audio Interconnect | 1 | $30.00 | $30.00 |
| Multisync LCD monitor | 1 | $263.00 | $263.00 |
| APC Battery Backup | 1 | $73.00 | $73.00 |
| ID Printer Ribbon Carrier | 1 | $17.00 | $17.00 |
| 250 MB Parallel Port Zip Drive | 1 | $180.00 | $180.00 |
| GX 2 Disk Publisher | 1 | $1,072.00 | $1,072.00 |
| Box of misc. manuels and cords | 1 | $100.00 | $100.00 |
| Avaya Wireless PC Card | 1 | $86.00 | $86.00 |
| Orinoco DR-1000 Remote Outdoor Routers | 2 | $199.00 | $398.00 |
| Speaker Platform | 1 | $46.00 | $46.00 |
| 20 ft. Antenna cables | 2 | $21.00 | $42.00 |
| 75 ft. Antenna cable | 1 | $85.00 | $85.00 |
| HP Laser Jet 4100dtn Printer | 1 | $314.00 | $314.00 |
| Wooden Table Leaf | 1 | $50.00 | $50.00 |
| Red Accent Tripod | 1 | $50.00 | $50.00 |
| White Folding Table | 1 | $55.00 | $55.00 |
| **Eileen's Office Area:** | | | |
| 4 Drawer Filing Cabinet | 4 | $110.00 | $440.00 |
| 5 Drawer Desk | 2 | $50.00 | $100.00 |
| Black Plastic Desk Filers | 2 | $16.00 | $32.00 |

PIC INVENTORY 2011

| Item | Qty | Unit | Total |
|---|---|---|---|
| 3 hole punch | 2 | $24.00 | $48.00 |
| 2 hole punch | 2 | $8.00 | $16.00 |
| Wire Desk File Holders | 2 | $6.34 | $12.68 |
| Keyboard Drawer | 1 | $16.00 | $16.00 |
| Box of filing folders | 1 | $7.00 | $7.00 |
| Prong Fasteners, box | 1 | $2.00 | $2.00 |
| Desk Magnifier | 1 | $38.00 | $38.00 |
| Small Extension Cord | 1 | $5.00 | $5.00 |
| Small garbage can | 1 | $7.00 | $7.00 |
| AT&T Business Phone | 1 | $150.00 | $150.00 |
| Scotch Tape Dispenser | 1 | $3.00 | $3.00 |
| Swingline Stapler | 1 | $6.00 | $6.00 |
| HP Color Laserjet CP2025 Printer | 1 | $692.00 | $692.00 |
| Black Plastic Desk Organizer w/paper clips, pens, etc. | 1 | $20.00 | $20.00 |
| Staple Remover | 1 | $1.00 | $1.00 |
| Black Scissors | 1 | $3.00 | $3.00 |
| Paper Clips Cup | 1 | $1.00 | $1.00 |
| Genesis Worldwide Headphones | 1 | $10.00 | $10.00 |
| Drawer Organizer w/binder clips | 1 | $10.00 | $10.00 |
| Sharp Desk Calculator | 1 | $61.00 | $61.00 |
| Belkin Mouse Pad | 1 | $5.00 | $5.00 |
| HP Laser Mouse | 1 | $12.00 | $12.00 |
| HP Keyboard | 1 | $40.00 | $40.00 |
| Acer Monitor | 1 | $160.00 | $160.00 |
| Small Wooden Table | 1 | $30.00 | $30.00 |
| HP Tower | 1 | $370.00 | $370.00 |
| Wire Basket | 1 | $6.34 | $6.34 |
| Brown Leather Chair, rolling | 1 | $251.00 | $251.00 |
| 3 shelf book cases | 2 | $25.00 | $50.00 |
| Black leather chair, rolling | 2 | $130.00 | $260.00 |
| 5 drawer filing cabinet | 1 | $50.00 | $50.00 |
| 2 drawer filing cabinet | 1 | $100.00 | $100.00 |
| small plastic garbage can | 1 | $7.00 | $7.00 |
| HP Laser Jet Printer | 1 | $155.00 | $155.00 |
| 3 drawer wooden desk | 1 | $50.00 | $50.00 |
| 2 drawer wooden desk | 1 | $50.00 | $50.00 |
| HP Monitor | 1 | $259.00 | $259.00 |
| Hp Tower | 1 | $370.00 | $370.00 |
| Suede Chair, rolling | 1 | $100.00 | $100.00 |
| Canon Desk Calculator | 1 | $55.00 | $55.00 |

| Item | Quantity | Unit Price | Total |
|---|---|---|---|
| Holmes Heater | 1 | $30.00 | $30.00 |
| Paper Clip Holder | 1 | $5.00 | $5.00 |
| Tape Dispenser | 1 | $3.00 | $3.00 |
| Swingline Stapler | 1 | $6.00 | $6.00 |
| Metal Desk Filer | 1 | $6.00 | $6.00 |
| **Closets:** | | | |
| Dust Pan | 2 | $5.00 | $10.00 |
| Janitor Cart w/misc. supplies | 1 | $150.00 | $150.00 |
| Brooms | 2 | $5.00 | $10.00 |
| Orange Cones | 2 | $7.00 | $14.00 |
| yellow Caution Cones | 4 | $46.00 | $184.00 |
| Mop Bucket | 1 | $54.00 | $54.00 |
| Heavy Duty Extension cord | 1 | $39.00 | $39.00 |
| Mop | 1 | $49.00 | $49.00 |
| Misc. Brooms, one box | 1 | $5.00 | $5.00 |
| Toilet Paper, case | 6.5 | $80.00 | $520.00 |
| Paper Towels, case | 20 | $41.00 | $820.00 |
| Toilet Seat Cover Dispensers, case | 2.5 | $20.00 | $50.00 |
| Wood Door | 1 | $55.00 | $55.00 |
| Soap Dispenser | 1 | $28.35 | $28.35 |
| Dust Mop Heads, case | 1 | $12.00 | $12.00 |
| Hands Free Paper Towel Dispensers, case | 2 | $87.00 | $174.00 |
| Double Serve Toilet Tissue Dispensers | 5 | $30.00 | $150.00 |
| Tissue, case | 2 | $80.00 | $160.00 |
| Large Satellite | 1 | $99.00 | $99.00 |
| Misc. Hardware, boxed | 4 | $100.00 | $400.00 |
| Long Ship Auger | 1 | $23.00 | $23.00 |
| Exit Sign | 1 | $34.00 | $34.00 |
| Picture Frames | 7 | $10.00 | $70.00 |
| Paper Towel Dispenser | 5 | $60.00 | $300.00 |
| Small Orange Cones | 4 | $4.00 | $16.00 |
| Caution Tape, roll | 1 | $6.00 | $6.00 |
| Rug | 1 | $10.00 | $10.00 |
| Metal Shelves | 5 | $85.00 | $425.00 |
| Astra Expresso machine | 1 | $2,589.00 | $2,589.00 |
| Metal Chairs | 3 | $5.00 | $15.00 |
| Locking Door Knob, box | 2 | $15.00 | $30.00 |
| Vinyl binder | 1 | $6.00 | $6.00 |
| Large Inbox Cabinet | 1 | $40.00 | $40.00 |
| Spitfire Graffiti remover, case | 1 | $100.00 | $100.00 |

| Item | Qty | Unit Price | Total |
|---|---|---|---|
| Liquid Crème Cleanser, case | 1 | $280.00 | $280.00 |
| Seat Covers, case | 2 | $75.00 | $150.00 |
| Garbage Bags 24x33, case | 6 | $100.00 | $600.00 |
| Garbage Bags 40 x 48, case | 1.5 | $100.00 | $150.00 |
| Small Black garbage bags | 1 | $50.00 | $50.00 |
| Sponges | 2 | $6.00 | $12.00 |
| Chewing Gum Remover | 2 | $5.00 | $10.00 |
| Toilet Bowl Cleaner | 3 | $6.00 | $18.00 |
| Liquid Crème Cleanser, bottle | 7 | $28.00 | $196.00 |
| Hand Soap | 2 | $20.00 | $40.00 |
| 56 gal. Garbage bags, case | 1 | $100.00 | $100.00 |
| Proguard XL Gloves, case | 1 | $75.00 | $75.00 |
| Proguard Large Gloves, case | 1 | $75.00 | $75.00 |
| Toilet Bowl Cleaner, case | 1 | $60.00 | $60.00 |
| Towel | 3 | $10.00 | $30.00 |
| Misc. Cleaning Pads | 1 | $10.00 | $10.00 |
| 5 gal. Cleanser | 2 | $45.00 | $90.00 |
| Yellow Step Stool | 1 | $50.00 | $50.00 |
| ProGuard small Gloves | 1 | $75.00 | $75.00 |
| Misc. Cleansers | 1 | $50.00 | $50.00 |
| Mop Heads, case | 1 | $117.00 | $117.00 |
| SS Cleaner and Polish, case | 1 | $40.00 | $40.00 |
| Small Bathroom Garbage liners, case | 2 | $50.00 | $100.00 |
| Hand Soap, case | 5 | $49.00 | $245.00 |
| Protein Spotter, case | 1 | $107.69 | $107.69 |
| Window Cleaner, case | 2 | $100.00 | $200.00 |
| Misc. Mop Heads, lot | 1 | $117.00 | $117.00 |
| Misc. Gloves on two shelves | 2 | $150.00 | $300.00 |
| Tampons, case | 1 | $62.00 | $62.00 |
| Maxi Pads, case | 1 | $58.00 | $58.00 |
| Floor Finish, case | 1 | $170.00 | $170.00 |
| Stretch Film, case | 1 | $57.00 | $57.00 |
| Large Garbage Can on wheels | 1 | $115.00 | $115.00 |
| **P.I.C. Admin Main Office Area:** | | | |
| Wood Book Case, 3 shelf | 1 | $60.00 | $60.00 |
| Rolling Metal Cart | 1 | $45.00 | $45.00 |
| Shredder | 1 | $385.00 | $385.00 |
| Small Table | 1 | $30.00 | $30.00 |
| TN110 Toner Cartridges | 2 | $26.00 | $52.00 |
| Waste Basket | 4 | $10.00 | $40.00 |

| Item | Quantity | Unit Price | Total |
|---|---|---|---|
| Mail Basket | 1 | $10.00 | $10.00 |
| Fax Machine | 1 | $100.00 | $100.00 |
| Paper Cutter | 1 | $29.00 | $29.00 |
| Metal Paper Divider | 1 | $30.00 | $30.00 |
| Stapler | 3 | $6.00 | $18.00 |
| 3 Hole Punch | 2 | $24.00 | $48.00 |
| Tape Dispenser | 3 | $3.00 | $9.00 |
| Paper Clip Holder | 1 | $4.00 | $4.00 |
| Staple Remover | 1 | $1.00 | $1.00 |
| Colored Paper, ream | 14 | $4.00 | $56.00 |
| White Copy Paper | 20 | $4.00 | $80.00 |
| White Copy Paper, case | 2.5 | $40.00 | $100.00 |
| Staple cartridges, box | 6 | $16.00 | $96.00 |
| Cabinet Organizer | 1 | $30.00 | $30.00 |
| Paper Wire Basket | 4 | $7.00 | $28.00 |
| 2 Drawer File Cabinet | 5 | $130.00 | $650.00 |
| Cubicle Wall Cabinet | 7 | $50.00 | $350.00 |
| Metal Plant Holder with 3 pots | 1 | $25.00 | $25.00 |
| 5 drawer metal file cabinet | 3 | $246.00 | $738.00 |
| 4 drawer metal file cabinet | 11 | $110.00 | $1,210.00 |
| 1 wood paper tray | 1 | $12.00 | $12.00 |
| Metal Paper Basket | 1 | $7.00 | $7.00 |
| Stackable Paper Holders | 11 | $10.00 | $110.00 |
| Artificial plant | 1 | $37.00 | $37.00 |
| Chair | 9 | $75.00 | $675.00 |
| Table | 2 | $50.00 | $100.00 |
| Bookcase | 4 | $55.00 | $220.00 |
| VHS Tapes - Capturing the Entrepreneurial Spirit | 2 | $5.00 | $10.00 |
| CIC Folders, case | 2 | $100.00 | $200.00 |
| Assorted Books | 12 | $20.00 | $240.00 |
| Photo Album | 1 | $15.00 | $15.00 |
| Hanging File Folders | 1 | $9.00 | $9.00 |
| WAC Lights qp-502-ch | 2 | $103.90 | $207.80 |
| WAC Lights G517-WT | 1 | $50.00 | $50.00 |
| Training Set | 1 | $15.00 | $15.00 |
| Partial Pt. Paint | 1 | $2.50 | $2.50 |
| Jan-Dec Dividers | 1 | $1.00 | $1.00 |
| Maintenance Catalogs | 8 | $10.00 | $80.00 |
| Metal Bookends | 8 | $3.00 | $24.00 |
| Paint Color Sample, can | 1 | $5.00 | $5.00 |

| Item | Qty | Unit Price | Total |
|---|---|---|---|
| 3" Binders | 2 | $4.00 | $8.00 |
| 2" Binder | 1 | $4.00 | $4.00 |
| 1" Binder | 3 | $2.00 | $6.00 |
| HP Color Laserjet 4700dtn Printer | 1 | $2,300.00 | $2,300.00 |
| HP Laserjet 4050TN printer | 1 | $105.00 | $105.00 |
| Laseer Labels, box | 3 | $10.00 | $30.00 |
| Card Stock, reams | 2 | $7.00 | $14.00 |
| Mailing labels, box | 2 | $8.00 | $16.00 |
| Plastic Trays | 6 | $2.00 | $12.00 |
| 3 drawer Organizer | 1 | $11.00 | $11.00 |
| 22 drawer shelf organizer | 1 | $39.00 | $39.00 |
| Southside Community Center Damage Assmt. Forms, case | 0.5 | $200.00 | $100.00 |
| Metal 2 shelf rack | 1 | $89.00 | $89.00 |
| Wall Key Lock Box | 3 | $29.99 | $89.97 |
| Rubbermaid Sturdy Station (in box) | 1 | $175.00 | $175.00 |
| Partial Bucket of Liquid Nails | 0.5 | $15.00 | $7.50 |
| Misc. Screws, bolts, fasteners | 1 | $20.00 | $20.00 |
| Misc. Envelopes-mailing | 1 | $10.00 | $10.00 |
| Mounted Wine Tasting Poster | 4 | $150.00 | $600.00 |
| Mounted Italy Poster | 1 | $200.00 | $200.00 |
| Misc. Office Supplies | 1 | $500.00 | $500.00 |
| W2 Mailing Envelopes, box | 3 | $10.00 | $30.00 |
| White Board | 1 | $72.00 | $72.00 |
| Painting | 1 | $150.00 | $150.00 |
| 2 Shelf Book Case | 1 | $74.00 | $74.00 |
| 4 section Office Desk | 1 | $450.00 | $450.00 |
| 8 section cubicle | 1 | $400.00 | $400.00 |
| Brother Em-530 electric typewriter | 1 | $150.00 | $150.00 |
| Office Phone | 1 | $50.00 | $50.00 |
| Acer Computer Monitor | 1 | $139.00 | $139.00 |
| HP Computer Keyboard | 1 | $15.00 | $15.00 |
| Hp Mouse | 1 | $5.00 | $5.00 |
| Office Chair | 1 | $75.00 | $75.00 |
| Turbo Cad Training Manual | 2 | $25.00 | $50.00 |
| Misc. Blue Prints | | | $0.00 |
| Misc. Parts, box | 3 | $15.00 | $45.00 |
| **P.I.C. Admin Reception:** | | | |
| Wall Pictures | 7 | $100.00 | $700.00 |
| 3 drawer File Cabinet | 3 | $45.00 | $135.00 |
| Corner Computer Table | 1 | $60.00 | $60.00 |

| Item | Qty | Unit Price | Total |
|---|---|---|---|
| Clock | 1 | $10.00 | $10.00 |
| Power Strip | 1 | $15.00 | $15.00 |
| Desk Organizer | 1 | $10.00 | $10.00 |
| Hanging Paper Organizer | 1 | $5.00 | $5.00 |
| Misc. Office Supplies | 1 | $10.00 | $10.00 |
| Desk Bell | 1 | $4.99 | $4.99 |
| **Executive Director's Office:** | | | |
| Wine, misc. case | 25 | $120.00 | $3,000.00 |
| 13 Shelves of books, magazines | 1 | $1,000.00 | $1,000.00 |
| 6 Shelf Wood Bookcase | 2 | $199.00 | $398.00 |
| Round Wood Table | 1 | $250.00 | $250.00 |
| Wood Chairs | 4 | $100.00 | $400.00 |
| Wood 2 Drawer Filing Cabinet | 1 | $250.00 | $250.00 |
| 5 shelf wood book case | 2 | $189.00 | $378.00 |
| Wood Office Hutch | 1 | $500.00 | $500.00 |
| 3 drawer cabinet wood | 1 | $250.00 | $250.00 |
| Office Desk Executive | 2 | $1,150.00 | $2,300.00 |
| 4 Drawer Wood File Cabinet | 1 | $675.00 | $675.00 |
| Artificial Olive Tree | 1 | $300.00 | $300.00 |
| Executive Leather Chair with Ottoman | 1 | $425.00 | $425.00 |
| Mini Refrigerator | 1 | $169.00 | $169.00 |
| Small Metal Rack | 1 | $5.00 | $5.00 |
| Sunbeam Barometer | 1 | $35.99 | $35.99 |
| Breville - The Personal Pie | 2 | $88.00 | $176.00 |
| Bread Rising Basket | 6 | $32.00 | $192.00 |
| Halloween Cupcake Stencils, pkg. | 2 | $3.45 | $6.90 |
| Fried Chicken Kit | 2 | $22.00 | $44.00 |
| Tin Star Cookie Cutters | 1 | $10.00 | $10.00 |
| Dinner Party Games | 3 | $65.00 | $195.00 |
| Chef's Choice Pizzelle Pro Toscano Express Bake | 1 | $58.00 | $58.00 |
| Holmes Pedestal Fan | 1 | $85.99 | $85.99 |
| SMART Board Model WS100-R1, new in box | 1 | $450.00 | $450.00 |
| Wire File Organizer | 1 | $8.00 | $8.00 |
| Microboard Color Ink Cartridges GX-300hc | 2 | $55.00 | $110.00 |
| Misc. VHS Tapes | 1 | $100.00 | $100.00 |
| Beta Tape | 1 | $1.00 | $1.00 |
| **P.I.C. Admin Conference Room:** | | | |
| Projector Table | 1 | $169.00 | $169.00 |
| Quartet Projection Screen | 1 | $189.00 | $189.00 |
| Microphone, wireless | 1 | $55.00 | $55.00 |

| Item | Qty | Unit Price | Total |
|---|---|---|---|
| Linksys Wireless-G 2.4 GHZ | 1 | $69.00 | $69.00 |
| Artificial Tree | 1 | $175.00 | $175.00 |
| Conference Room Chairs | 12 | $194.00 | $2,328.00 |
| Wood & Fabric Reception Chair | 3 | $110.00 | $330.00 |
| Conference Room Table | 1 | $500.00 | $500.00 |
| Wall Picture | 4 | $25.00 | $100.00 |
| Table | 1 | $50.00 | $50.00 |
| Power Strip | 1 | $7.00 | $7.00 |
| Polycom Sound Station | 1 | $300.00 | $300.00 |
| 4 Basket Wire Cart | 1 | $36.00 | $36.00 |
| Waste Basket | 1 | $7.00 | $7.00 |
| Photo Albums, used | 16 | $1.00 | $16.00 |
| Wall Plaques | 4 | $1.00 | $4.00 |
| Yolo County Care Kit Bags, empty | 1 | $10.00 | $10.00 |
| NordicWare Stovetop Kettle Smoker CD | 1 | $1.00 | $1.00 |
| Logitec Connection Cable/Device | 1 | $25.00 | $25.00 |
| Photos, box | 1 | $0.00 | $0.00 |
| Life Board Game | 1 | $5.00 | $5.00 |
| **Peggy's Office Area:** | | | |
| 2011 California Labor Law Digest Book | 1 | $159.99 | $159.99 |
| Computer Chairs | 2 | $50.00 | $100.00 |
| 5 drawer metal file cabinet | 3 | $678.00 | $2,034.00 |
| Wire basket | 2 | $7.00 | $14.00 |
| 3 Hole Punch | 1 | $10.00 | $10.00 |
| 2 Hole Punch | 1 | $5.00 | $5.00 |
| Office Phone | 2 | $5.00 | $10.00 |
| Metal File Divider | 2 | $10.00 | $20.00 |
| HP Laser Jet 5 Printer | 1 | $175.00 | $175.00 |
| Canon MP41DH11 10 Key | 1 | $75.00 | $75.00 |
| 3 drawer File Cabinet | 1 | $130.00 | $130.00 |
| 2 Step Stepstool | 1 | $25.00 | $25.00 |
| Cubicle Wall Cabinet | 2 | $25.00 | $50.00 |
| Stapler | 1 | $10.00 | $10.00 |
| Desk Tape Dispenser | 2 | $5.00 | $10.00 |
| Upright File Holder | 1 | $7.00 | $7.00 |
| Desk Fan | 1 | $5.00 | $5.00 |
| Power Strip | 1 | $10.00 | $10.00 |
| HP Computer Tower | 1 | $150.00 | $150.00 |
| HP w2207h Monitor | 1 | $175.00 | $175.00 |
| HP Keyboard | 1 | $10.00 | $10.00 |

| Item | Qty | Unit | Total |
|---|---|---|---|
| HP Mouse | 1 | $5.00 | $5.00 |
| Rolodex Card Holder | 1 | $5.00 | $5.00 |
| Cubicle Panels - 4 high | 11 | $100.00 | $1,100.00 |
| Window Envelopes, box | 1 | $10.00 | $10.00 |
| W-2 Instructions, box | 1 | $5.00 | $5.00 |
| D-Link Router | 1 | $79.00 | $79.00 |
| Headphones | 1 | $1.00 | $1.00 |
| **Chris's Office:** | | | |
| Wood 4 Piece Executive Desk Unit Full U Shape | 1 | $1,500.00 | $1,500.00 |
| 2 drawer rolling file/drawer | 1 | $100.00 | $100.00 |
| HP Computer XW8600 Work Station | 1 | $800.00 | $800.00 |
| HP Monitor L2207W & L2208W | 2 | $300.00 | $600.00 |
| Wood Shelf | 2 | $50.00 | $100.00 |
| Wood Rolling Desk Chair | 1 | $100.00 | $100.00 |
| Black Padded Chairs | 2 | $75.00 | $150.00 |
| Executive Leather Desk Chair | 1 | $225.00 | $225.00 |
| 5 Shelf metal organizer | 1 | $15.00 | $15.00 |
| Alliance Microsoft Learning, set | 4 | $100.00 | $400.00 |
| Panasonic Phone | 1 | $25.00 | $25.00 |
| Mouse Pad | 1 | $5.00 | $5.00 |
| Seascape Wood Framed Picture | 1 | $25.00 | $25.00 |
| Powerstrip | 2 | $10.00 | $20.00 |
| Cordless Mouse Logitech | 1 | $20.00 | $20.00 |
| Cordless Keyboard Logitech | 1 | $30.00 | $30.00 |
| 585 VA Cyberpower Box | 1 | $25.00 | $25.00 |
| Microtek ScanMaker i900 | 1 | $75.00 | $75.00 |
| Baskets | 2 | $5.00 | $10.00 |
| Alliance Microsoft/Outlook 2003 Instructional CD for Upgrade | 1 | $10.00 | $10.00 |
| Wacom Intuos Graphic Tablet w/pen 4x5 | 1 | $140.00 | $140.00 |
| Wacom Intuos Graphic Tablet w/pen 9x12 | 1 | $357.00 | $357.00 |
| Cayman ADSL Series Broadband Gateway Modem w/4 switch ports | 1 | $10.00 | $10.00 |
| Cisco Firewall System, new | 1 | $3,500.00 | $3,500.00 |
| Netopia 3347-02 Extreme Wireless DSL Gateway (4 port) Router | 1 | $88.00 | $88.00 |
| Handheld Calculator | 1 | $5.00 | $5.00 |
| Scissors | 2 | $2.00 | $4.00 |
| Small Desk | 1 | $50.00 | $50.00 |
| Defcon security base plate | 1 | $8.00 | $8.00 |
| Desktop dictionary | 1 | $1.00 | $1.00 |
| Packaging Tape, roll | 1 | $5.00 | $5.00 |
| Ruler | 1 | $1.00 | $1.00 |

| Item | Qty | Unit | Total |
|---|---|---|---|
| Lysol Wipes | 1 | $1.00 | $1.00 |
| Sony CD | 1 | $1.00 | $1.00 |
| Instructional Binders for VOS | 2 | $1.00 | $2.00 |
| Medium Weight Sheet Protectors, box | 1 | $10.00 | $10.00 |
| Winway Resume | 1 | $5.00 | $5.00 |
| Nikon Coolpix Camera | 1 | $189.00 | $189.00 |
| Mitsumi External Floppy Disk Drive | 1 | $19.00 | $19.00 |
| Pocket Dictionary | 1 | $1.00 | $1.00 |
| Teach Yourself SQL | 2 | $10.00 | $20.00 |
| Rogets Paperback | 1 | $1.00 | $1.00 |
| DOS & BIOS Quick Reference | 1 | $35.00 | $35.00 |
| Computer Dictionary | 1 | $6.00 | $6.00 |
| HTML Reference | 1 | $5.00 | $5.00 |
| Java Script Reference | 1 | $1.00 | $1.00 |
| Networking Essential Reference | 1 | $1.00 | $1.00 |
| California Labor Law Digest | 1 | $1.00 | $1.00 |
| 2009 Employee Handbook Software | 1 | $10.00 | $10.00 |
| Clay Pot | 1 | $10.00 | $10.00 |
| 2011 Master Update Eureka & Brochures | 1 | $50.00 | $50.00 |
| **P.I.C. Admin. Breakroom:** | | | |
| 6 ft. table | 1 | $10.00 | $10.00 |
| Chairs | 4 | $10.00 | $40.00 |
| Recycle Bin | 3 | $3.00 | $9.00 |
| Table 4x2 | 1 | $10.00 | $10.00 |
| 3 drawer Plastic Rolling Storage | 1 | $5.00 | $5.00 |
| 3 drawer table top storage | 1 | $3.00 | $3.00 |
| Wall Mounted First Aide Kit | 1 | $10.00 | $10.00 |
| Toshiba Cabinet with Latching Door | 1 | $20.00 | $20.00 |
| Storage Cabinet, metal | 1 | $75.00 | $75.00 |
| Whirlpool Refrigerator/Freezer | 1 | $150.00 | $150.00 |
| Mr. Coffee Coffeemaker | 1 | $10.00 | $10.00 |
| Sharp Carousel Microwave | 1 | $10.00 | $10.00 |
| 2 Slot Toaster | 1 | $5.00 | $5.00 |
| Coleman Ice Chest | 2 | $5.00 | $10.00 |
| Coleman Lunch Box | 1 | $5.00 | $5.00 |
| Broom & Dust Pan | 1 | $3.00 | $3.00 |
| Plastic Storage Bin w/lid | 2 | $5.00 | $10.00 |
| Plastic Computer Raiser | 1 | $5.00 | $5.00 |
| Garbage Can with lid | 1 | $5.00 | $5.00 |
| Storage Cabinet, metal | 4 | $75.00 | $300.00 |

| Item | Qty | Unit | Total |
|---|---|---|---|
| Wall Cork board | 1 | $5.00 | $5.00 |
| Dust Buster | 1 | $10.00 | $10.00 |
| Styrofoam Cups, partial case | 1 | $5.00 | $5.00 |
| Alhambra Water Cups, sleeve | 6 | $1.00 | $6.00 |
| Chenille Stems, pkg, new | 15 | $6.99 | $104.85 |
| Mini Porcupine Ball, pkg., new | 10 | $7.99 | $79.90 |
| Sunbeam Toaster Oven | 1 | $15.00 | $15.00 |
| Dixie Water Cups, case | 1 | $5.00 | $5.00 |
| Sac Valley Lemon Shine All | 6 | $3.00 | $18.00 |
| Mailing Tube | 2 | $1.00 | $2.00 |
| Wall Cabinet Shelves | 3 | $5.00 | $15.00 |
| Coleman Water Dispenser | 1 | $5.00 | $5.00 |
| Hanging Folder Frame | 1 | $5.00 | $5.00 |
| Hanging Basket | 1 | $5.00 | $5.00 |
| Smead Leatherlike Expanding Wallets | 6 | $7.00 | $42.00 |
| Misc. Office Suppliesin 4 cabinets | 1 | $800.00 | $800.00 |
| **Jeanne's Old Office:** | | | |
| Misc. brands Computer Towers | 48 | $100.00 | $4,800.00 |
| Panasonic business Phone | 1 | $10.00 | $10.00 |
| Potholder | 1 | $1.00 | $1.00 |
| Retro Panini Grill | 1 | $56.00 | $56.00 |
| Sound Board Euro ower PMP 5000 | 1 | $450.00 | $450.00 |
| Handheld Microphone | 1 | $75.00 | $75.00 |
| Misc. Cords | 1 | $50.00 | $50.00 |
| Misc. CD's | 1 | $10.00 | $10.00 |
| HP Laserjet Printer 5 | 2 | $50.00 | $100.00 |
| Computer Keyboard | 27 | $10.00 | $270.00 |
| Mouse | 26 | $5.00 | $130.00 |
| HP Laserjet Color Printer | 1 | $100.00 | $100.00 |
| Computer Monitor, assorted brands | 23 | $45.00 | $1,035.00 |
| HP Fax/Copier/Printer | 1 | $50.00 | $50.00 |
| Speakers with stands | 2 | $10.00 | $20.00 |
| Table Microphones | 8 | $25.00 | $200.00 |
| APC Battery Backup | 1 | $10.00 | $10.00 |
| Huskey Wet/Dry Vacuum | 1 | $15.00 | $15.00 |
| Cable, roll | 2 | $10.00 | $20.00 |
| Fender Wireless Receiver | 1 | $50.00 | $50.00 |
| Inked Ribbons | 1 | $12.00 | $12.00 |
| Comp Connectors, misc. | 1 | $20.00 | $20.00 |
| Duster Air, can | 1 | $1.00 | $1.00 |

| Item | Qty | Unit Price | Total |
|---|---|---|---|
| Plastic tub of Misc. Computer parts and cords | 1 | $50.00 | $50.00 |
| DVD Player | 1 | $25.00 | $25.00 |
| Techics Compact Disc Changer/Receiver | 1 | $75.00 | $75.00 |
| IBM Monitor | 1 | $25.00 | $25.00 |
| Asst. Glass Vase and Candleholders, box | 1 | $20.00 | $20.00 |
| Trimline Phone | 1 | $10.00 | $10.00 |
| Wireless Microphone System | 1 | $100.00 | $100.00 |
| IBM Laptop in Case | 1 | $150.00 | $150.00 |
| Keyboard Tray/drawer | 1 | $10.00 | $10.00 |
| Cash Drawer | 2 | $25.00 | $50.00 |
| TEC JCR System Screen | 3 | $25.00 | $75.00 |
| Printer Paper Drawer | 1 | $10.00 | $10.00 |
| Register Printers | 4 | $10.00 | $40.00 |
| Microphone Sound system with 5 cd player | 1 | $350.00 | $350.00 |
| Fax Machine | 1 | $50.00 | $50.00 |
| Misc. Plastic Components, box | 1 | $50.00 | $50.00 |
| Ladder | 1 | $10.00 | $10.00 |
| **Sheldon's Office:** | | | |
| Keyboard | 30 | $10.00 | $300.00 |
| Keyboard Extentions, box | 1 | $10.00 | $10.00 |
| Computer Mouse, box | 2 | $10.00 | $20.00 |
| Various Toner Cartridges | 12 | $10.00 | $120.00 |
| Floppy Diskettes | 400 | $1.00 | $400.00 |
| Ink Cartridge | 2 | $10.00 | $20.00 |
| Assorted USB/Audio/Cables & Wires, boxes | 12 | $10.00 | $120.00 |
| Replacement Floppy Disc/CD | 5 | $1.00 | $5.00 |
| Plastic Locking Software Drawer unit | 1 | $25.00 | $25.00 |
| Compaq EVO T20 | 3 | $90.00 | $270.00 |
| Server Books | 1 | $30.00 | $30.00 |
| RAM Asst. | 1 | $30.00 | $30.00 |
| Various Software Programs | 1 | $500.00 | $500.00 |
| Wood 5 shelf unit | 2 | $75.00 | $150.00 |
| Wood 6 shelf unit | 3 | $75.00 | $225.00 |
| IDE | 9 | $10.00 | $90.00 |
| Harddrive boards | 3 | $10.00 | $30.00 |
| HP Internal P/N | 1 | $10.00 | $10.00 |
| Disk drive replacement | 2 | $15.00 | $30.00 |
| SB Client Gold Wireless Internet Access & Networking | 6 | $50.00 | $300.00 |
| Monitors | 7 | $25.00 | $175.00 |
| Rolling Desk Chair | 2 | $25.00 | $50.00 |

| Item | Qty | Unit | Total |
|---|---|---|---|
| Executive Desk with 8 table Components | 2 | $300.00 | $600.00 |
| Upper Shelf Units and 2 - 3 drawer cabinets | 2 | $60.00 | $120.00 |
| Cyber power box 585 va | 1 | $25.00 | $25.00 |
| panasonic desk phone | 1 | $15.00 | $15.00 |
| Powerstrip | 7 | $10.00 | $70.00 |
| HP Pavillion Computer | 1 | $150.00 | $150.00 |
| Memorex CD, partial container | 1 | $5.00 | $5.00 |
| Assorted CD's | 1 | $5.00 | $5.00 |
| Label printer | 1 | $15.00 | $15.00 |
| Box of cashier components | 1 | $20.00 | $20.00 |
| SMS Administrator Guide | 1 | $10.00 | $10.00 |
| Microsoft Administrator books | 1 | $20.00 | $20.00 |
| Microsoft Office Small Business 2002 disks | 60 | $10.00 | $600.00 |
| Dell CD Butte College | 1 | $5.00 | $5.00 |
| Catering & Event Planning Software | 1 | $5.00 | $5.00 |
| TV Stand | 1 | $10.00 | $10.00 |
| Wireless Antenna | 2 | $10.00 | $20.00 |
| **Outside Storage Room:** | | | |
| Red Baron, gallon | 3 | $10.00 | $30.00 |
| Mop bucket | 2 | $15.00 | $30.00 |
| Mop | 2 | $5.00 | $10.00 |
| Broom | 5 | $5.00 | $25.00 |
| Dust Pan | 1 | $1.00 | $1.00 |
| Squeegee | 1 | $5.00 | $5.00 |
| Rolling Garbage Can | 2 | $10.00 | $20.00 |
| Garbage Can | 4 | $10.00 | $40.00 |
| Hose | 4 | $5.00 | $20.00 |
| Glass Cleaner, case | 1 | $25.00 | $25.00 |
| antiseptic Hand Cleaner | 1 | $5.00 | $5.00 |
| Floor Finish, container | 1 | $10.00 | $10.00 |
| Pure San | 2 | $10.00 | $20.00 |
| Window Cleaner | 2 | $5.00 | $10.00 |
| Tile Caulk | 2 | $1.00 | $2.00 |
| Protein Spotter | 1 | $1.00 | $1.00 |
| Stain Remover | 1 | $1.00 | $1.00 |
| Foamy Lube | 1 | $1.00 | $1.00 |
| 5 gal Bucket | 5 | $5.00 | $25.00 |
| Sm Vinyl Gloves, box | 13 | $2.00 | $26.00 |
| Lg Vinyl Goves, box | 2 | $2.00 | $4.00 |
| Sm Latex Gloves, box | 10 | $2.00 | $20.00 |

| | | | |
|---|---|---|---|
| XL Vinyl Gloves, box | 16 | $2.00 | $32.00 |
| Mop N Go | 1 | $10.00 | $10.00 |
| Potting Mix | 1 | $5.00 | $5.00 |
| Push Broom Heads | 4 | $10.00 | $40.00 |
| Ice Chest | 1 | $5.00 | $5.00 |
| Fans | 2 | $10.00 | $20.00 |
| Shop Vac | 1 | $25.00 | $25.00 |
| Garbage Can, small | 3 | $10.00 | $30.00 |
| **TOTAL P.I.C. Admin Office** | | | **$90,177.98** |

| P.I.C. Admin Server Room, 202 Mira Loma Dr., Oroville | | | |
|---|---|---|---|
| HP DL 360 G5 | 1 | $1,000.00 | $1,000.00 |
| HP DL 320 | 1 | $0.00 | $0.00 |
| HP DL 320 G4 | 1 | $0.00 | $0.00 |
| Very Old Server | 1 | $0.00 | $0.00 |
| Very Old 320 | 1 | $0.00 | $0.00 |
| 320 | 1 | $0.00 | $0.00 |
| 360 G5 | 1 | $1,000.00 | $1,000.00 |
| 320 G3 | 1 | $0.00 | $0.00 |
| 360 | 1 | $500.00 | $500.00 |
| 360 G6 | 1 | $2,000.00 | $2,000.00 |
| APC 1400 XL | 1 | $124.99 | $124.99 |
| APC 1400 SLM | 1 | $269.00 | $269.00 |
| Rack, shelf and monitor | 1 | $80.00 | $80.00 |
| Rack and shelf | 1 | $50.00 | $50.00 |
| KVM | 1 | $100.00 | $100.00 |
| Shelf | 1 | $50.00 | $50.00 |
| Cisco PIX 506E | 1 | $100.00 | $100.00 |
| Switch | 1 | $100.00 | $100.00 |
| Router | 1 | $100.00 | $100.00 |
| Folding Table | 1 | $49.00 | $49.00 |
| Office Chair | 2 | $90.00 | $180.00 |
| Air Compressor | 1 | $100.00 | $100.00 |
| Craftsman Tool Chest with misc. tools | 1 | $100.00 | $100.00 |
| 10 Drawer Cabinet with misc. items | 1 | $50.00 | $50.00 |
| **Total P.I.C. Admin Server Room** | | | **$5,952.99** |



**PHYLLIS L. MURDOCK,** Director
**MARK A. LUNDBERG, M.D., M.P.H.,** Health Office

WWW.BUTTECOUNTY.NET/PUBLICHEALTH

**ADMINISTRATION DIVISION**

May 31, 2011

To: Michael Dacquisto, Esq.

From: Phyllis Murdock, Director

Subject: PIC Bankruptcy (Offer to Purchase)

This is a follow up to my phone call made to John Reger regarding the PIC bankruptcy. I am the Director of the Butte County Public Health Department, and we currently occupy space in the same building as the former PIC operation, and hope to secure a lease for that vacant space in the building.

This offer is for all of the owned office furniture, equipment and miscellaneous inventory and supplies held by the PIC Administration in Butte County. This offer also includes a 1986 Clark Lift Power Worker forklift. It is Model SP20 Type E Serial Number SP20-0589 PM6550. The offer includes all of the items mentioned with the exception of personal items belonging to the current office staff, and leased items including 2 Bizhub copy machines, the postage machine and two servers which belong to NorTech; the serial numbers on those servers are MXQ0230656 and MXQ851A19M. The amount we are bidding is $11,000.

Feel free to contact me at 530-538-7750 with any questions.

cc: John Reger
    Grant Hunsicker

TEL- 530.538.7581 | 202 MIRA LOMA DRIVE
FAX- 530.538.2164 | OROVILLE, CA 95965

OUR MISSION IS TO PROTECT THE PUBLIC THROUGH PROMOTING INDIVIDUAL, COMMUNITY AND ENVIRONMENTAL HEAL