

John W. Reger, Trustee
280 Hemsted, Suite #C
Redding, CA 96002

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 11-31467-B |
|---|---|
| PRIVATE INDUSTRY COUNCIL OF BUTTE C | Chapter 7 |
| Debtor(s) | **NOTICE OF UNCLAIMED DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find attached hereto check number <CheckNo> in the amount of <CheckAmt>, representing the total amount of unclaimed dividends in the above-captioned estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 000045 | GE Capital  Miami, FL | 130.91 | 14.11 |
| 000018 | Comm Srve Co. Sacramento, Ca | 1385.10 | 149.31 |
| | | Total Unclaimed Dividends: | 163.42 |

Dated: April 28, 2015

_____
John W. Reger, Bankruptcy Trustee


2011-31467



[ P 1 ]